THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES D. CHENEVERT and | § | |
| CHARLES D. BISHOP, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.09-00035 |
| | § | |
| | § | |
| THE REDEMPTORISTS/ | § | |
| DENVER PROVINCE, | § | |
| REVEREND THOMAS D. PICTON, JR., | § | |
| C.Ss.R., HIS PREDECESSORS AND | § | |
| SUCCESSORS, AS PROVINCIAL | § | |
| SUPERIOR OF THE REDEMPTORISTS/ | § | |
| DENVER PROVINCE and | § | |
| CHRISTOPHER JOSEPH SPRINGER | § | |

## AFFIDAVIT OF FELECIA YVONNE PEAVY

"My name is Felecia Yvonne Peavy. I am over the age of 21, competent to make this affidavit, have personal knowledge of the facts, and state that the facts set forth in this Affidavit are true and correct."

" I am an attorney licensed to practice law by the State of Texas and I have been practicing law in Texas since I graduated from law school and passed the bar in 1990. I am attorney of record for Plaintiffs James D. Chenevert and Charles D. Bishop, Jr. in this cause.

"**Plaintiffs' First Amended Complaint** was filed electronically on April 12, 2009 to add The Redemptorists/New Orleans Vice Province as a defendant party. According to the Louisiana Secretary of State, the registered agent for The Redemptorists/New Orleans Vice Province is Samuel C. Maranto, who is located at 5354 Plank Road, Baton Rouge, La. 70805. The "Summons" to The

Redemptorists/New Orleans Vice Province by and through its registered agent Samuel C. Maranto

was prepared and attached to the first amended complaint and was issued by the Deputy Clerk on

April 13, 2009 and forwarded by regular mail to my office at 808 Travis, Ste. 1420, Houston, Texas

77002. The "Summons" and **Plaintiffs' First Amended Complaint** was forwarded on April 15,

2009 to The Redemptorists/New Orleans Vice Province c/o Samuel C. Maranto by certified mail

return receipt requested as indicated by the attached copy. As of this day, the United States postal

service has not confirmed delivery of the "Summons" and **Plaintiffs' First Amended Complaint**

to Samuel C. Maranto, the duly registered agent of The Redemptorists/New Orleans Vice Province."

_____
Felecia Yvonne Peavy

On this _2S_ day of _May_____, 2009, Felecia Yvonne Peavy personally
appeared before me and attested to her personal knowledge of, and to the truth of, the maters set
forth in her affidavit above.

M. ANN STEINLE
My Commission Expires
February 05, 2013

_____
Notary Public in and for the State Of Texas

# SMITH PEAVY, L.L.C.

COUNSELLORS AT LAW
THE ESPERSON BUILDINGS • 808 TRAVIS, SUITE 1420
HOUSTON, TEXAS 77002

FELECIA Y. PEAVY
Direct Dial (713)222-0205

TELEPHONE: (713)227-7100
FACSIMILE: (713)236-8547

April 15, 2009

**VIA C.M.R.R.R. # 7002 0460 0001 1763 8771**
The Redemptorists/New Orleans Vice Province
c/o Samuel C. Maranto
5354 Plank Road
Baton Rouge, La. 70805

**Re:** Cause No. 2:09-cv-00035; Chenevert, et al. v. The Redemptorists/Denver Province, et al.; In the United States District Court for the Southern District of Texas, Corpus Christi Division.

Dear Sir.

Please find enclosed the following:

      1) Summons in a Civil Action;
      2) Plaintiffs' First Amended Complaint;
      3) General Order;
      4) Order for Referral to Mediation;
      5) Scheduling Order; and
      6) Order Regarding Cases Assigned to Janis Graham Jack, U.S. District Judge.

Thank you for your time and consideration to this matter.

Very truly yours,

Felecia Y. Peavy

FYP/pas
Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0460 0001 1763 8771

| O F F I C I A L    U S E | | |
|---|---|---|
| Postage | $ 1.84 | |
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.75 | |

Sent To *NOV Province*

Street, Apt. No.; or PO Box No. *C/o Samuel C. Maranto*

City, State, ZIP+4 *Baton Rouge, La. 70805*

PS Form 3800, January 2001            See Reverse for Instructions

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | TEXAS |

JAMES CHENEVERT, et al.

**SUMMONS IN A CIVIL CASE**

V.

THE REDEMPTORISTS/DENVER
PROVINCE, et al.

CASE NUMBER:  2:09-cv-00035

TO: (Name and address of Defendant)

**THE REDEMPTORSITS/NEW ORLEANS VICE PROVINCE**
**BY AND THROUGH ITS REGISTERED AGENT, SAMUEL C. MARANTO**
**5354 PLANK ROAD**
**BATON ROUGE, LA.  70805**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**FELECIA Y. PEAVY**
**SMITH PEAVY, L.L.C.**
**808 TRAVIS, SUITE 1420**
**HOUSTON, TX.  77002**

an answer to the complaint which is herewith served upon you, within ___**TWENTY(20)**___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

4-13-09

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                           *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.